**Order filed August 12, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00450-CV
_____

## DOV AVNI KAMINETZKY AKA DOV K. AVNI, Appellant

## V.

## DOSOHS I, LTD, Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-53721**

## O R D E R

The clerk's record was filed July 22, 2014. A relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain appellant's motion for new trial, filed April 7, 2014.

The Harris County Clerk is directed to file a supplemental clerk's record on or before August 22, 2014, containing appellant's motion for new trial, or any other motion to modify the judgment, filed April 7, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM